UNITED STATES  DISTRICT COURT

Northern District of California

HENRY KEMP

                Plaintiff(s),

   v.

REGENTS OF THE UNIVERSITY OF
CALIFORNIA

               Defendant(s).
_____/

No. C 10-1961 MEJ

**SECOND ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM**

Pending before the Court is Plaintiff's in forma pauperis application.  On May 10, 2010, the Court ordered Plaintiff to file a written consent to Magistrate Judge James' jurisdiction or a request for reassignment to a district court judge.  (Dkt. #4.)  Plaintiff has failed to respond by the given filing deadline of May 27, 2010.

This civil case was randomly assigned to Magistrate Judge James for all purposes including trial.  In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties.  An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition.  Accordingly, Plaintiff shall inform the Court, by way of the enclosed form, whether he consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for trial.  The consent/declination form shall be filed by June 17, 2010.

    **IT IS SO ORDERED.**

Dated: June 1, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1

2                                  IN THE UNITED STATES DISTRICT COURT

3                                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5     HENRY KEMP                                                No. C 10-01961 MEJ

6                     Plaintiff(s),

7         vs.

8     REGENTS OF THE UNIVERSITY OF
      CALIFORNIA

9
                      Defendant(s).
10     ————————————————————————/

11

12            **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

13            In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby

14    consents to have a United States Magistrate Judge conduct any and all further proceedings in this

15    case, including trial, and order the entry of final judgment, and voluntarily waives the right to

16    proceed before a United States District Judge.

17

18    Dated:_____          Signed by:_____

19                                                Counsel for:_____

20

21            **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

22            The undersigned party hereby declines to consent to the assignment of this case to a United

23    States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to

24    a United States District Judge.

25

26    Dated:_____          Signed by:_____

27                                                Counsel for:_____

28

                                                  2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HENRY KEMP                                                Case Number: 10-01961 MEJ

          Plaintiff,                                   **CERTIFICATE OF SERVICE**

   v.

REGENTS OF THE UNIVERSITY OF
CALIFORNIA

          Defendant.
                                             /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Henry Kemp
P.O. Box 14452
San Francisco, CA 94114

Dated: June 1, 2010

                                  Richard W. Wieking, Clerk
                                  By: Brenda Tolbert, Deputy Clerk

UNITED STATES DISTRICT COURT
For the Northern District of California

3