UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

HENRY KEMP,

          Plaintiff(s),　　　　　No. C 10-1961 MEJ

  v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA,　　**ORDER TO SHOW CAUSE**

          Defendant(s).

_____/

On May 3, 2010, Plaintiff Henry Kemp filed the above-captioned complaint, as well as an application to proceed in forma pauperis. On May 10, 2010, the Court ordered Plaintiff to either consent or decline magistrate jurisdiction by May 27, 2010. (Dkt. #4.) Because Plaintiff failed to comply with this deadline, the Court again ordered Plaintiff to consent or decline, with a new deadline of June 17, 2010. (Dkt. #5.) Plaintiff failed to respond.

Based on Plaintiff's inaction, the Court hereby ORDERS Plaintiff Henry Kemp to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by July 8, 2010, and the Court shall conduct a hearing on July 15, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: June 21, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HENRY KEMP,

   Plaintiff,

 v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA,

   Defendant.

Case Number: 10-01961 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 21, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Henry Kemp
P.O. Box 14452
San Francisco, CA 94114

Dated: June 21, 2010

          Richard W. Wieking, Clerk
          By: Brenda Tolbert, Deputy Clerk